IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-01720-MSK-CBS            Date: February 23, 2016
Courtroom Deputy: Amanda Montoya           FTR – Reporter Deck-Courtroom A402

*Parties:*                                 *Counsel:*

MAUNG MAUNG, *et al.,*                     John Crone

Plaintiff,

v.

UNITED FOOD AND COMMERCIAL                 Todd McNamara
WORKERS INTERNATIONAL UNION,               Mathew Shechter
LOCAL NO. 7,

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 03:58 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding discovery and dispositive motion deadlines.

**ORDERED:**  Dispositive motion deadline is extended until **March 8, 2016.**

In light of the filing of *[31] Notice of Withdrawal of Motion for leave to Amend Complaint and to Add Party*, *[21] Motion for Leave to Amend Complaint and Jury Demand* is **DENIED AS MOOT.**

Hearing Concluded.

**Court in recess: 04:06 p.m.**
Time in court: 00:08

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.